IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANYU ZHANG )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL PUBLIC RADIO, INC )<br>*d.b.a.* NPR, )<br>)<br>)<br>Defendant. )<br>_____) | Civil Case No. 1:25-cv-00699-BAH |

## **DECLARATION OF STUART HARDING**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief:

1. I, Stuart Harding, am employed by NPR and serve as its Associate General Counsel for Labor and Employment and served in this capacity in 2023 during the events described in the Complaint. I make this declaration based on personal knowledge.

2. The document attached hereto as Exhibit 1 to Defendant's Motion to Dismiss is a true and correct copy of the separation letter NPR sent to Plaintiff, dated June 12, 2023.

3. The document attached hereto as Exhibit 2 to Defendant's Motion to Dismiss is a true and correct copy of the Decision that NPR received from the United States Citizenship and Immigration Service, dated August 30, 2023. Plaintiff refers to this document in the Complaint as the "Change of Status Denial Letter."

317466490v.1

4.  The document attached hereto as Exhibit 3 to Defendant's Motion to Dismiss is a true and correct copy of a screenshot Plaintiff sent to me of a question and answer from DS-160 Form she completed.

Further declarant sayeth not.

Dated: April 25, 2025

_____
Stuart Harding

317466490v.1