# Exhibit 1



**VIA EMAIL**

June 12, 2023

Wanyu Zhang
61 Pierce Street NE
Washington, DC 20002

Wanyu:

As we have discussed, your employment with National Public Radio, Inc. ("NPR") will end effective June 2, 2023 (the "Separation Date") due to your current inability to complete a required I-9 verification.

Final Pay and Accrued Leave

> No later than the next business day following the Separation Date, NPR will pay to you (subject to any deductions or withholdings required by law) your final pay with respect to your employment through the Separation Date, including payment for any annual leave that is accrued, but unused, as of the Separation Date.

Benefits Plans

> Your NPR-sponsored employee benefits will end at midnight on the Separation Date, with the exception of your health and dental/vision insurance coverage which will end at midnight on the last day of the month of the Separation Date. At that time, you will become eligible to elect to continue your health and dental/vision insurance coverage by paying the premium cost for "COBRA" coverage. The necessary forms for and further information about COBRA coverage will be provided to you separately.

Access to Building and Other Resources

> Your NPR building access and computer privileges will end by the close of business on the Separation Date.

References

> Prospective employers seeking a reference should be instructed to contact the People Team. If contacted, the People Team will provide your dates of employment with NPR, position title, and, if requested by you, salary at the time of the Separation Date.

I'm sure you will have questions. Please feel free to ask those of me or our benefits team at benefits@npr.org.

Sincerely,

Alaa El Koussaimi
Senior People Partner