# Exhibit 3



Q: Have you ever been unlawfully present, overstayed the amount of time granted by an immigration official or otherwise violated the terms of a U.S. visa?

A: ○ Yes  ● No