UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WANYU ZHANG,<br><br>                Plaintiff,<br><br>    v.<br><br>NATIONAL PUBLIC RADIO, INC.,<br><br>                Defendant. | Civil Action No. 25-699 (BAH)<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of defendant National Public Radio's Motion to Dismiss, ECF No. 8, the memoranda in support and in opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that defendant's Motion to Dismiss, ECF No. 8, is **GRANTED** as to all counts; it is further

**ORDERED** that plaintiff's Complaint, ECF No. 1, is **DISMISSED** without prejudice; and it is further

**ORDERED** that plaintiff's counsel, Lev Ivan Gabriel Iwashko, is **DIRECTED**, pursuant to 28 U.S.C. § 1927, to reimburse defendant for reasonable attorneys' fees and costs associated with defendant's filings (1) in reply to plaintiff's initial and now stricken opposition brief, *see* Def.'s Reply Mem. P. & A. in Supp. MTD ("Def.'s Reply"), ECF No. 10, and (2) in response to the Court's Minute Order to Show Cause ("OTSC") (Oct. 15, 2025), *see* Def.'s Resp. to Order of the Court, ECF No. 12; it is further

**ORDERED** parties meet and confer and file, by January 7, 2026, a joint status report advising the Court whether parties have agreed upon a reasonable amount of attorneys' fees and

costs associated with defendant's filings at ECF Nos. 12, 14, and a payment schedule, if not, stating each party's proposed sum and reasons for such proposal; it is further

**ORDERED** that the Clerk of Court close this case.

**SO ORDERED**.

Date:  December 18, 2025

*This is a final and appealable order*.

                                                             _____
                                                             **BERYL A. HOWELL**
                                                             United States District Judge